UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY, | ) |
|         Plaintiff, | ) |
| v. | ) No. 1:23-cv-02235-RLY-TAB |
| FIRST MERCHANTS BANK, | ) |
|         Defendant. | ) |

**ACKNOWLEDGMENT OF STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of this action with prejudice. Under the Federal Rules of Civil Procedure, "no order is needed to effect a voluntary dismissal." *Jenkins v. Village of Maywood*, 506 F.3d 622, 623 (7th Cir. 2007); *see also Szabo Food Serv., Inc. v. Canteen Corp.*, 823 F.2d 1073, 1078 (7th Cir. 1987) ("The dismissal terminates the case all by itself."). The court acknowledges this case is now closed.

**IT IS SO ORDERED** this 14th day of February 2024.

                                                RICHARD L. YOUNG, JUDGE
                                                United States District Court
                                                Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.